UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY CURTISS MCNUTT,

    Plaintiff,

vs.                                       Case No. 8:11-CV-2491-T-27AEP

UNITED STATES GOVERNMENT,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 10) recommending that Plaintiffs' Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) be denied. Plaintiff has not filed any objections to the Report and Recommendation. After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Report and Recommendation (Dkt. 10) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review. Plaintiffs' Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) is DENIED. The clerk is directed to CLOSE the file.

**DONE AND ORDERED** this 19th day of December, 2011.

                                                JAMES D. WHITTEMORE
                                                United States District Judge

Copies to:
Unrepresented parties